DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES T. REID,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1389

[August 2, 2018]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence M. Mirman, Judge; L.T. Case No. 432008CF000183B.

Charles T. Reid, Sanderson, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***